**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**

IN RE:  CASE NO. 09-58931

William E Heffner III

Rhonda L Heffner

DEBTOR(S)

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 04, 2014   a copy of the foregoing Chapter 13 Trustee's Certification of Final Payment and Case History was served on the registered ECF participants listed on the attached list, **electronically** through the court's ECF System at the email address registered with the court.

    I further certify that on September 10, 2014   a copy of the foregoing notice was mailed by US First-Class mail, postage prepaid and properly addressed to the recipients on the attached list.

    /s/ Faye English
    Faye English

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: WILLIAM E HEFFNER III  
      RHONDA L HEFFNER  
      6081 HEATHER GLEN BLVD  
      DUBLIN, OH  43016  

Case No: 09-58931

Chapter 13

Judge: John E. Hoffman Jr.

---

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

---

The above case having been COMPLETED on August 19, 2014. the Trustee has filed this Certification of Final Payment and Case History and has attached a detailed record of all receipts and disbursements.  A review of the case file at the Bankruptcy Court did not reveal any filed proofs of claims other than as herein set forth.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid.  That report will account for any receipts and the disbursements since the issuance of the Certification of Final Payment and Case History.

Interim Bankruptcy Rule 1007(b) (7) requires the Chapter 13 debtor to file a statement regarding completion of a course in personal financial management prepared as prescribed by the appropriated official form.  The statement required by this section shall be filed by the debtor no later than the last payment made by the debtor as required by the plan of the filing of a motion of a discharge.

Within twenty-one (21) days of the filing of this Chapter 13 Trustee's Certification of the Final Payment and Case History, debtors shall file with the Court the Debtor(s)' Certification Regarding Issuance of Discharge Order.  The form can be viewed on the Trustee's website at www.13network.com.

/s/ Faye D. English  
FAYE D. ENGLISH TRUSTEE  
CHAPTER 13 TRUSTEE  
ONE COLUMBUS  
10 WEST BROAD ST., SUITE 900  
COLUMBUS, OH  43215-3449  
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: WILLIAM E HEFFNER III
RHONDA L HEFFNER
6081 HEATHER GLEN BLVD
DUBLIN, OH  43016

Case No: 09-58931

Chapter 13

Judge: John E. Hoffman Jr.

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY

The Case was commenced on August 04, 2009.
The plan was confirmed on October 16, 2009.
The Case was concluded on August 19, 2014.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid.  That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
THIS CASE IS COMPLETED AND THE DEBTOR IS ENTITLED TO A DISCHARGE.

RECEIPTS:  Amount paid to the Trustee by or for the Debtor for benefit of creditors:        140,863.87

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 23.35%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| Applied Card Bank 00008     UNSECURED | 335.47 | 335.47 | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES 00009     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Barclays Bank Delaware 00010     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK 00013     UNSECURED | 280.07 | 280.07 | 0.00 | 0.00 |
| Collection 00014     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Cr Adjstment 00016     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| EAST BAY FUNDING LLC 00030     UNSECURED | 396.33 | 396.33 | 0.00 | 0.00 |
| Ffcc-Columbus Inc 00017     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Ffcc-Columbus Inc 00018     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Ffcc-Columbus Inc 00019     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Fifth Third Bank 00020     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| First Bank And Trust 00021     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| GARY A JOSEPHSON 00029     APPRAISER | 300.00 | 300.00 | 0.00 | 0.00 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 09-58931    WILLIAM E HEFFNER III and RHONDA L HEFFNER

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---:|---:|---:|---:|
| GMAC MORTGAGE CORP 00004   PRE-PET MTG ARREARS | 5,552.66 | 5,552.66 | 0.00 | 0.00 |
| GMAC MORTGAGE CORP 00003   MORTGAGE | 0.00 | 92,176.75 | 0.00 | 0.00 |
| Greenville Corning Employees Federal CU 00023   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE 00007   UNSECURED | 155.72 | 155.72 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK 00002   UNSECURED | 10,956.53 | 10,956.53 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA 00001   SECURED-PMSI | 15,890.52 | 15,890.52 | 1,612.61 | 0.00 |
| LHR INC 00024   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| MERRICK BANK 00025   UNSECURED | 251.87 | 251.87 | 0.00 | 0.00 |
| MICHAEL A COX ESQ 00031   ADDITIONAL ATTORNEY FEES | 1,212.66 | 1,212.66 | 0.00 | 0.00 |
| Nco Financial Systems 00026   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| OHIO ATTORNEY GENERAL STATE OF OHIO 00005   UNSECURED | 1,901.18 | 1,901.18 | 0.00 | 0.00 |
| OHIO DEPT OF TAXATION 00006   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO 00011   UNSECURED | 97.35 | 97.35 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO 00027   UNSECURED | 100.53 | 100.53 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO 00015   UNSECURED | 114.65 | 114.65 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES 00022   UNSECURED | 157.80 | 157.80 | 0.00 | 0.00 |
| RHONDA L HEFFNER 00000   DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| Rossman & Co 00028   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| VANDA LLC 00012   UNSECURED | 294.29 | 294.29 | 0.00 | 0.00 |
| WILLIAM E HEFFNER III 00000   DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| Debtor refund to be issued upon the approval of the Final Report and Account | 887.47 | 887.47 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID:

|  | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| ALLOWED | 22,655.84 | 0.00 | 64,418.75 | 0.00 | 887.47 | 87,962.06 |
| PRIN PAID | 114,832.59 | 0.00 | 15,041.79 | 0.00 | 887.47 | 130,761.85 |
| INT PAID | 1,612.61 | 0.00 | 0.00 | 0.00 | 0.00 | 1,612.61 |
| | | | | | TOTAL PAID: | 132,374.46 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 09-58931    WILLIAM E HEFFNER III and RHONDA L HEFFNER

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | ALLOWED | TOTAL PAID |
|---|---|---|
| MICHAEL A COX ESQ | 2,500.00 | 2,500.00 |

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 5,683.86 | 0.00 | 5.55 | 5,689.41 |

Dated: 09/04/2014

/s/ Faye D. English
FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 900
COLUMBUS, OH  43215-3449
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: WILLIAM E HEFFNER III  
      RHONDA L HEFFNER  
      6081 HEATHER GLEN BLVD  
      DUBLIN, OH  43016

Case No: 09-58931

Chapter 13

Judge: John E. Hoffman Jr.

## CERTIFICATION AND OPPORTUNITY TO OBJECT

The debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee's Certification of Final Payment and Case History;

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty-one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. No notice will be given of the filing of the Final Report as this notice is intended to comply with L.B.R.2002-1(a)(2)(C).

Faye D. English, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

/s/ Faye D. English  
FAYE D. ENGLISH TRUSTEE  
CHAPTER 13 TRUSTEE  
ONE COLUMBUS  
10 WEST BROAD ST., SUITE 900  
COLUMBUS, OH  43215-3449  
(614)420-2555

```
                             United States Bankruptcy Court
                               Southern District of Ohio
In re:                                                                                  Case No. 09-58931
William E Heffner III                                                                   Chapter 13
Rhonda L Heffner
         Debtors                        CERTIFICATE OF SERVICE
District/off: 0648-c           User: 313                  Page 1 of 3                   Date Rcvd: Sep 09, 2014
                               Form ID: CFP-C             Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Noticing Center on
Sep 10, 2014.
db         +William E Heffner III,    6081 Heather Glen Blvd.,    Dublin OH 43016-3280
jdb        +Rhonda L Heffner,    6081 Heather Glen Blvd.,    Dublin OH 43016-3280
tr          Faye D. English,    Chapter 13 Trustee,    10 West Broad Street Suite 900,    Columbus OH 43215-3449
11         +APPLIED BANK 17125 WILMINGTON DE 19850-7,    POB 17125,    WILMINGTON DE 19850-7125
12         +Applied Card Bank,    Attention: General Inquiries,    Po Box 17125,    Wilmington DE 19850-7125
13         +Arrow Financial Services,    5996 W Touhy Ave,    Niles IL 60714-4610
14         +Barclays Bank Delaware,    Attention: Customer Support Department,    Po Box 8833,
             Wilmington DE 19899-8833
15          CR Evergreen, LLC,    MS 550,    PO Box 91121,    Seattle WA 98111-9221
16         +Cach Llc,    Attention: Bankruptcy Department,    4340 South Monaco St. 2nd Floor,
             Denver CO 80237-3485
17         +Candica, L.L.C.,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
             Seattle WA 98121-3132
1          +Candica, LLC,    Weinstein & Riley,    2001 Western Suite 400,    Seattle WA 98121-3132
18         +Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,    Norcross GA 30091-5155
19         +Capital One Bank (USA), N.A.,    C/O Tsys Debt Management (Tdm),    PO BOX 5155,
             NORCROSS GA 30091-5155
20         +Central Mortgage,    1100 Virginia Drive,    Fort Washington PA 19034-3204
21         +Chase,    201 N. Central Ave Floor 11,    Phoenix AZ 85004-1071
22          Chase Auto Finance,    C/O Mary Lautenbach,    National Bankrtupcy Dept. 201 N. Central Ave.,,
             AZ1-1191,    Phoenix AZ 85004-0000
23         +Collection,    Attn: Bankrutpcy Department,    Po Box 10587,    Greenville SC 29603-0587
24         +Cr Adjstment,    330 Florence St,    Defiance OH 43512-2593
25         +Department of the Treasury,    Internal Revenue Service,    PO Box 21126,
             Philadelphia PA 19114-0326
26         +Deutsche Bank National Trust Company,    C/O Manley Deas Kochalski,    PO Box 165028,
             Columbus OH 43216-5028
4           EMC Mortgage Corporation,    Mail Code LA4-5555 - 700 Kansas Lane,    Monroe LA 71203-0000
27         +EMC Mortgage Corporation servicer for,    Finance America, LLC,    P.O. Box 660753,
             Dallas TX 75266-0753
5          +East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,    GREENVILLE SC 29602-0288
28         +Emc Mortgage,    Attention: Bankruptcy Clerk,    Po Box 293150,    Lewisville TX 75029-3150
29         +Ffcc-columbus Inc,    1550 Old Henderson Rd St,    Columbus OH 43220-3626
30          Fifth Third Bank,    MD# ROPS05 Bankruptcy Dept.,    1850 East Paris SE,
             Grand Rapids MI 49546-6253
31         +First Bank And Trust,    135 N. Meramec Avenue,    Saint Louis MO 63105-3792
32          GMAC Mortgage,    Bankruptcy Dept,    500 Enterprise Rd. Suite 150,    Horsham PA 19044-3503
33         +Gary Josephson,    PO Box 10189,    Columbus OH 43201-0689
34         +Ge Capital Credit Card,    Attn: Bankruptcy,    Po Box 103106,    Roswell GA 30076-9106
35         +Greenville Corning Employees Federal CU,    1025 Martin Street,    Greenville OH 45331-1885
36          JPMorgan Chase Bank, N.A.,    Chase Records Center,    Mail Code LA4-5555 - 700 Kansas Lane,
             Monroe LA 71203-0000
37          LVNV Funding LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville SC 29603-0587
38         +Lhr Inc,    56 Main St,    Hamburg NY 14075-4905
39         +Merrick Bank,    Po Box 5000,    Draper UT 84020-5000
40          Merrick Bank,    c/o Resurgent Capital Services,    PO Box 10368,    Greenville SC 29603-0368
41         +Nco Financial Systems,    507 Prudential Rd,    Horsham PA 19044-2368
42         +Ohio Attorney General - Rev Rec,    Attn Bankruptcy Staff/Collections Enforc,
             150 E. Gay St., 21st Floor,    Columbus OH 43215-3191
43         +Ohio Department of Taxation,    30 East Broad, 23rd Floor,    Bankruptcy Division,
             Columbus OH 43215-3414
44         +Ohio Department of Taxation,    Bankruptcy Division,    P.O. Box 530,    Columbus OH 43216-0530
8          +PRA Receivables Management LLC,    POB 41067,    Norfolk VA 23541-1067
45         +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    POB 41067,
             NORFOLK VA 23541-1067
46         +Portfolio Rc,    Attn: Bankruptcy,    120 Corporate Blvd Suite 100,    Norfolk VA 23502-4962
47         +Portfolio Recovery Associates, LLC.,    P.O. Box 41067,    Norfolk VA 23541-1067
48          Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,    Miami FL 33131-1605
9          +Recovery Management Systems Corporation,    25 SE 2nd Avenue, Suite 1120,    Miami FL 33131-1605
49         +Rossman & Co,    3592 Corporate Dr,    Columbus OH 43231-4978
10         +Vanda, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle WA 98121-3132
50         +Yale Levy, Esq.,    4645 Executive Drive,    Columbus OH 43220-3601

Notice by electronic transmission was sent to the following persons/entities by the Noticing Center.
NONE.                                                                                               TOTAL: 0


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
 District/off: 0648-c          User: 313                  Page 2 of 3                   Date Rcvd: Sep 09, 2014
                               Form ID: CFP-C             Total Noticed: 49
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the document specified in the Form ID field of this Certificate of Service to the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Date: Sep 10, 2014**                    **Signature:** _Joseph Speetjens_

```
District/off: 0648-c          User: 313                Page 3 of 3              Date Rcvd: Sep 09, 2014
                              Form ID: CFP-C           Total Noticed: 49
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 04, 2014 at the address(es) listed below:
nef          Asst US Trustee (Col)   Office of the US Trustee
nef          Michael A Cox    2500 High Street
                                                                                             TOTAL: 2